1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | ARCHIE CRANFORD,

12 | Plaintiff,

13 | v.

14 | GUNINDER KAUR,

15 | Defendant.

16

17

18

1:16-cv-01223-BAM (PC)

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE
(ECF No. 2)

ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY (30) DAYS

19        Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se in a civil rights

20 action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on August 18, 2016. That same

21 day, he filed a motion to proceed in forma pauperis by a prisoner. (ECF No. 2.)

22        Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq.

23 are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.

24 Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). In this case, Plaintiff has not paid the

25 $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate

26 form pursuant to 28 U.S.C. § 1915.

27 ///

28 ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2.      The Clerk's Office shall send to plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**;

3.      Within thirty (30) days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $400.00 filing fee for this action.

4.      **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 30, 2016**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

2