1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ARCHIE CRANFORD,                          1:16-cv-01223-AWI-BAM (PC)

12               Plaintiff,

                                               ORDER GRANTING APPLICATION
13        v.                                   TO PROCEED IN FORMA PAUPERIS

14   GUNINDER KAUR,                            (ECF No. 7)

15               Defendant.

16

17        Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se in a civil rights

18   action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and

19   Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the

20   Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)

21        In the instant action, Plaintiff filed an application to proceed in forma pauperis.

22   Examination of these documents reveals that he is unable to afford the costs of this action.

23   Accordingly, the motion to proceed in forma pauperis (ECF No. 7) is GRANTED.

24

25   IT IS SO ORDERED.

26        Dated:   **September 12, 2016**          /s/ Barbara A. McAuliffe

27                                             UNITED STATES MAGISTRATE JUDGE

28